# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 15-cv-00047 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-12, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT DOE #12, OWNER OF IP ADDRESS 76.31.30.206

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE #12, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 76.31.30.206.

DATED: April 15, 2015

Respectfully submitted,

Dallas Buyers Club, LLC,

By:   s/Daniel R. Kirshbaum, P.C.
Daniel R. Kirshbaum
Texas Bar No. 11533000
4900 Woodway, Suite 600
Houston, Texas 77056
(832) 617-5683-ofc
(713) 208-7709-cell
(832) 266-0282-fax

s/ Keith A. Vogt, Esq.
Takiguchi & Vogt, LLP
1415 West 22nd Street
Tower Floor
Oak Brook, IL 60523
630-974-5707 (Direct)
630-423-9558 (Fax)
keithvogtjd@gmail.com

Attorneys for Plaintiff