UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Dallas Buyers Club, LLC., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-15-47 |
| Does 1-12, | § § | |
| Defendants. | § § | |

ORDER

Pursuant to the Notice of Dismissal with Prejudice filed on April 15, 2015, the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to Defendant Doe # 12 as holder of the IP address 76.31.30.206.

The Clerk shall send a true copy to all counsel of record.

Signed this __15__ day of April, 2015.

DAVID HITTNER
United States District Judge